UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/1/2023
```

UNITED STATES OF AMERICA,

-v-

RUBEN DARIO RAMOS HIDALGO,

               Defendant.

20-cr-156 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    To accommodate the Court's calendar, IT IS HEREBY ORDERED that the sentencing that was previously scheduled to take place on September 14, 2023 is ADJOURNED to October 16, 2023 at 10:30 a.m.

**SO ORDERED.**

**Date:  September 1, 2023**
**New York, NY**

                                  */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**