UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

UNITED STATES OF AMERICA,

        -v-                                        20-cr-00156(MKV)

**RUBEN DARIO RAMOS HILDALGO,**               ORDER
                        Defendant.

-----------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/23/24
```

MARY KAY VYSKOCIL, District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for February 9TH 2024 is adjourned to **APRIL 18TH, 2024** at **3:30**.

IT IS FURTHER ORDERED that defense submissions shall be due **APRIL 4TH** and the Government's response shall be due **APRIL 11TH** .

    **SO ORDERED:**

**Dated:**  **New York, New York**
         **January 23, 2024**

_____
MARY KAY VYSKOCIL
United States District Judge