UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024
```

UNITED STATES OF AMERICA,

-v-

RUBEN DARIO RAMOS HIDALGO,

Defendant.

20-cr-156 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing that was previously scheduled to take place on July 18, 2024 is ADJOURNED to September 12, 2024 at 11:30 a.m.

**SO ORDERED.**

**Date: July 11, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**